**Victor Julio PARRA–MORALES, Petitioner—Appellee,**

v.

**John ASHCROFT, Attorney General, Respondent—Appellant.**

Nos. 01–56894, 02–56164.

D.C. Nos. CV–01–00600–BTM, CV–02–00040–BTM.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 11, 2003.*

Decided Sept. 30, 2003.

Victor Julio Parra–Morales, pro se, El Centro, CA, Jaime Jasso, California Alien Rights Project, LLC, Los Angeles, CA, for Petitioner–Appellee/Petitioner–Appellant.

Richard M. Evans, Office of Immigration Litigation, Marion E. Guyton, Attorney, DOJ–U.S. Department of Justice, Washington, DC, Samuel W. Bettwy, USSD–Office of the U.S. Attorney, San Diego, CA, for Respondent–Appellant/Respondent–Appellee.

Before KLEINFELD, WARDLAW, and W. FLETCHER, Circuit Judges.

MEMORANDUM**

*Taniguchi v. Schultz*[1] holds that Immigration and Nationality Act § 212(h) (8 U.S.C. § 1182(h)) does not violate equal protection by distinguishing between lawful and non-lawful permanent residents convicted of aggravated felonies. *Taniguchi* thus precludes the habeas relief sought by Parra–Morales in his first writ.

The appeal of the stay is moot, and we need not decide it, because (1) Parra–Morales was nevertheless eventually released; (2) the basis for issuing the writ was vitiated by *Taniguchi*; and (3) our decision in

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. 303 F.3d 950, 957–58 (9th Cir.2002).

*Kim v. Ziglar,*[2] providing for release, was reversed by the Supreme Court. *See Demore v. Kim.*[3]

REVERSED

---

**2.** 276 F.3d 523 (9th Cir.2002).

**3.** —— U.S. ——, 123 S.Ct. 1708, 155 L.Ed.2d 724 (2003).

